1   Alexander G. Calfo (SBN 152891)
    *alexander.calfo@btlaw.com*
2   Kelley S. Olah (SBN 245180)
    *kelley.olah@btlaw.com*
3   Gabrielle Anderson-Thompson, (SBN 247039)
    *gabrielle.anderson-thompson@btlaw.com*
4   **BARNES & THORNBURG LLP**
    2049 Century Park East, Suite 3550
5   Los Angeles, California 90067
    Telephone:     (310) 284-3880
6   Facsimile:      (310) 284-3894

7   Attorneys for Defendants
    DEPUY ORTHOPAEDICS, INC.; JOHNSON &
8   JOHNSON (erroneously sued as "Johnson &
    Johnson, Inc."); JOHNSON & JOHNSON
9   SERVICES, INC.; DEPUY INTERNATIONAL
    LIMITED (erroneously sued as "DePuy
10  International, Ltd.")

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

14  JAMES HAYES,                          Case No.  CV13-03255-~~KAW~~ WHO

15              Plaintiff,                **[PROPOSED]** ORDER RE: STIPULATION TO
                                          STAY ALL PROCEEDINGS
16        v.
                                          JURY TRIAL DEMANDED
17  DEPUY ORTHOPAEDICS, INC.,
    JOHNSON & JOHNSON SERVICES,           Trial Date:     None Set
18  INC., JOHNSON & JOHNSON, INC.,
    DEPUY INTERNATIONAL, LTD.,
19  THOMAS SCHMALZRIED, M.D.,
    THOMAS P. SCHMALZRIED, M.D. A
20  PROFESSIONAL CORPORATION and
    DOES 1 through 20, inclusive,
21
                Defendants.
22

23

24        TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

25        Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff  JAMES

26  HAYES and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON

27  SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."),

28  DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd."),

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

THOMAS P. SCHMALZRIED, M.D. and THOMAS P. SCHMALZRIED A PROFESSIONAL CORPORATION (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

     1.     The Parties' request for a stay of proceedings is GRANTED;

     2.     All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

     3.     Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __July 29___, 2013

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS